Case: 1:21-cv-05673 Document #: 1 Filed: 10/25/21 Page 1 of 9 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

OCT 25 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Lloyd Johnson

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C/O Manson #18794
Tom Dart While —
Acting Under Color
Scope of Law

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

1:21-cv-05673
Johnson v. Manson et al
Alonso/ Kim/ PC7
Random Assignment

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Lloyd Johnson

B. List all aliases: _____

C. Prisoner identification number: 20210914038

D. Place of present confinement: Cook County Jail

E. Address: 2200 S. California Chgo Ill, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: C/O Manson
   Title: Deputy Sheriff
   Place of Employment: Cook County Jail

B. Defendant: Tom Dart
   Title: Sheriff
   Place of Employment: Cook County Jail

C. Defendant: _____
   Title: _____
   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____

   G. Basic claim made: _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On (10-6-21) I detainee was assaulted in Division 10-4A Dayroom by My Cellmate. Before the Assault My Cellmate had several Suicide attempts by Hanging And Cutting himself. No More than a hour later he was placed Back in the cell with Me distraught And Incoherant. My Cellmate Informed the C/O Manson that he was hearing voices And was going to hurt somebody the Nurse stated she know what he's trying to do so Nothing was done. Minutes later I was assaulted by My Cellmate (Kenneth Marrero #2021062102 I was punched in the Back of the Head while C/O Manson watched and did nothing, I was forced to Defend Myself, other Detainees stepped in and separated us After that C/O Manson and other Deputy Sheriff's

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

intervene After looking on see Video Exibit A During this assault on Me i Pulled something in My Back which is extremely Painful since Day of incident. CCDOC Failed to Protect Me And Ensure My Safty by Not taking Kenneth Marrero threat serious And leaving him in the Cell and on the Living Unit Moments After suicide attempts, when Mr. Kenneth Marrero stated Voices Are telling him to harm someone he should have had A Psych Evaluation instead He was allowed on the living Unit Division 10-4A and aftword i was assaulted And injured. CCDOC clearly Demostrates failure to Protect, Deliberate Diffrence, Cruel and Unusual Punishment. i ask the Court to uphold My Rights which has Been Shattered by CCDOC All Remedies Has Been Exhausted Grievances Enclosed see Exibit A - B

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm Seeking $250,000 For Failure to Protect And pain and suffering

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____

_____
(Address)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

CONTROL #: EXIBIT A
INMATE ID #:

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (¡ Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** (Apellido del Preso): Johnson
**PRINT - FIRST NAME** (Primer Nombre): Lloyd
**INMATE BOOKING NUMBER** (# de identificación del Preso): 20210911038

**DIVISION** (División): 10
**LIVING UNIT** (Unidad): 4A
**DATE** (Fecha): 10-9-21

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante.
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED - DATE OF INCIDENT** (Fecha del Incidente): 10-6-21
**REQUIRED - TIME OF INCIDENT** (Horad del Incidente):
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** (Lugar Específico del Incidente): Division 10-4A
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** (Nombre y/o Identificación del Acusado): C/o Manson/CCDOC/ Kenneth Marrero

The Action's of C/o Manson Clearly Demostrate failure to Protect. The Actions of the Hearing Committe Clearly Demostrates A Violation of Due Process. Through this Grievance I'm Asking for the Hearing Person Name Which I was Denied During Hearing's Here in CCDOC. I Respectfully ask that the Disciplinary ticket be Expunged Due to Violation of Due Process

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
(Nombre del personal o presos que tengan información:)

**INMATE SIGNATURE:** (Firma del Preso): Lloyd Johnson

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** Ruquel Ball
**SIGNATURE:**
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 10/12/21

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-73)(NOV 17)       (WHITE COPY – INMATE SERVICES)       (YELLOW COPY – CRW/PLATOON COUNSELOR)       (PINK COPY – INMATE)



# COOK COUNTY SHERIFF
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

CONTROL #: Exhibit B
INMATE ID #:

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (¡Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** (Apellido del Preso): Johnson
**PRINT - FIRST NAME** (Primer Nombre): Lloyd
**INMATE BOOKING NUMBER** (# de identificación del Preso): 20210914038

**DIVISION** (División): 10
**LIVING UNIT** (Unidad): 4A
**DATE** (Fecha): 10-9-21

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA
[Spanish version of the above guidelines]

**REQUIRED - DATE OF INCIDENT** (Fecha del Incidente): 10-6-21
**REQUIRED - TIME OF INCIDENT** (Horad del Incidente):
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** (Lugar Específico del Incidente): Division 10-4A
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** (Nombre y/o Identificación del Acusado): Yo Manson - CCDOC - Kenneth Marrero

On 10-6-21 I was Assaulted by Detainee Kenneth Morrero also he is the Aggressor See Video I was forced to Defend Myself why Yo Manson and other Yo's looked on See Video. Other Detainees Separated us thats when Yo Manson Stepped on to the the living Unit. I was written A Disciplinary Report For A Fight I was never Giving a Copy of the ticket to allow me to prepare for the Hearing And Present Evidence and witnesses which clearly violates my Due Process Rights which are Safeguards General Assembly Illinois Put in Place to Protect Prisoners and Detainees.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
(Nombre del personal o presos que tengan información:)

**INMATE SIGNATURE** (Firma del Preso): Lloyd Johnson

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR** (Print): Rupnell Burr
**SIGNATURE:**
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 10/12/21

**SUPERINTENDENT/DIRECTOR/DESIGNEE** (Print):
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

Name: Lloyd Johnson #20210910W038
ID#:
Div.:        Tier:
P.O. Box 089002
Chicago, IL 60608


10/25/2021-4

PRISONER Correspondence
219 S. DEARBORN
Chgo Ill, 60604